IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| DEBBIE EMBERTON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | FILE NO. 4:10-cv-00132-CDL |
| | ) | NOTICE OF SETTLEMENT |
| THE CBE GROUP, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Middle District of Georgia, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

**RESPECTFULLY SUBMITTED** this 1st day of March, 2011.

s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
WEISBERG & MEYERS, LLC
5025 N. Central Ave. #602
Phoenix, AZ 85012
(888) 595-9111 ext. 250
(866) 842-3303 (fax)
cehrlich@attorneysforconsumers.com
Attorneys For Plaintiff, Debbie Emberton

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| DEBBIE EMBERTON ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | FILE NO. 4:10-cv-00132-CDL |
| ) | |
| THE CBE GROUP, INC. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on 1st day of March, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of District Court, Middle District of Georgia using the CM/ECF system. Copy of the foregoing was mailed to:

Mr. John Bedard
Bedard Law Group
2810 Peachtree Industrial Blvd
Suite D
Duluth GA 30097

    WEISBERG & MEYERS, LLC

    s/Craig J. Ehrlich
    Craig J. Ehrlich
    Georgia Bar No. 242240
    WEISBERG & MEYERS, LLC